1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FIDEL GUEVARA,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　　Respondent.<br>_____ | Case No. CV 12-8405-JST (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that petitioner's request for voluntary dismissal of Grounds Six(a) and Eight is granted and respondent's Motion to Dismiss is therefore denied as moot.

DATED: September 30, 2013　　　　**JOSEPHINE STATON TUCKER**
　　　　　　　　　　　　　　　　　　HONORABLE JOSEPHINE S. TUCKER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE