JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD FIDEL GUEVARA, | Case No. CV 12-8405-JLS (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DOMINGO URIBE, JR., Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 12/16/15

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE